IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TODD BERKLEY O'DONNELL                                                                PLAINTIFF

V.                              CASE NO. 5:24-CV-5217

SERGEANT BAKER, Benton County Jail;
JUDGE ROBIN GREEN; and
TRANSPORT OFFICER WICKE, Benton County Jail                           DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that claims against Defendant Green are **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915A, as she is immune from suit.

By separate Order the Complaint will be served on Defendants Baker and Wicke.

**IT IS SO ORDERED** on this 16th day of December, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE